IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HELENA AGRI-ENTERPRISES LLC**                                                          **PLAINTIFF**

v.                                          No. 4:24-cv-00544-LPR

**JAMIE LEWIS d/b/a**
**JAMIE LEWIS FARMS**
**and RANDIE LEWIS**                                                                     **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered today (Doc. 15), it is CONSIDERED, ORDERED, and ADJUDGED that default judgment is entered against the Defendants Jamie Lewis, Jamie Lewis Farms, and Randie Lewis, jointly and severally. Plaintiff Helena Agri-Enterprises, LLC is awarded damages in the principal amount of $89,034.08, together with pre-judgment finance charges of $24,997.90, post-judgment interest at an annual rate of 4.168%, attorneys' fees in the amount of $2,563.00, and costs in the amount of $405.00.

IT IS SO ADJUDGED this 27th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE